**Order entered October 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01063-CR
No. 05-15-01064-CR

**JOHN ALLEN GRIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80148-2015, 296-80149-2015**

## ORDER

The Court has before it the October 21, 2015 requests by the Collin County District Clerk for a ten-day extension of time to file the clerk's record to ensure the appeals have "not been dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d)." Each certification of appellant's right to appeal filed in this Court on September 1, 2015 states this "is not a plea-bargain case, and the defendant has the right of appeal."

Nevertheless, we **GRANT** the extension request and **ORDER** the Collin County District Clerk to file the clerk's records within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Andrea Stroh Thompson, Collin County District Clerk, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE